**STATE of Missouri, Respondent,**

v.

**Robert C. MOUNTJOY, Appellant.**

**No. WD 35165.**

Missouri Court of Appeals,
Western District.

Aug. 28, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Application to Transfer Denied Dec. 18, 1984.

James W. Fletcher, Public Defender, Kansas City, Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Mark S. Siedlik, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of the Circuit Court of Jackson County, of conviction of

second degree robbery, Section 569.030, RSMo 1978.

Affirmed. Rule 30.25(b).